[No. 26648-2-II.  Division Two.  November 2, 2001.]

LANNIE SCEARCY, SR., *Appellant*, v. THE CITY OF TACOMA, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-09921-1, Stephanie A. Arend, J., entered October 17, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 43484-5-I.  Division One.  November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL D. KRENTKOWSKI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-02440-9, Jay V. White, J., entered June 8, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43672-4-I.  Division One.  November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID W. MARSHALL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-08534-5, Ann Schindler, J., entered August 10, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43915-4-I.  Division One.  November 5, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TERESA E. GAETHE-LEONARD, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00393-2, Gerald L. Knight, J., entered November 25, 1998. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Grosse and Cox, JJ.